■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MILLER, Appellant. [689 NYS2d 900] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of two counts of criminal possession of a weapon in the third degree (Penal Law § 265.02 [1], [4]). The evidence, viewed in the light most favorable to the People (*see, People v Contes*, 60 NY2d 620, 621), is legally sufficient to disprove defendant's defense of temporary and lawful possession of a weapon (*see, People v Rodriguez*, 237 AD2d 143, *lv denied* 89 NY2d 1099). The record supports the jury's determination that defendant did not have a legal excuse for having the weapon in his possession (*see, People v Banks*, 76 NY2d 799, 801; *People v Williams*, 50 NY2d 1043, 1045). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Possession Weapon, 3rd Degree.) Present—Lawton, J. P., Hayes, Wisner, Pigott, Jr., and Callahan, JJ.

■ MARILYN BOLOWSKE, Respondent-Appellant, v EASTMAN KODAK COMPANY et al., Appellants-Respondents. [689 NYS2d 903] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Affronti, J. (Appeals from Order of Supreme Court, Monroe County, Affronti, J.—Summary Judgment.) Present—Lawton, J. P., Hayes, Wisner, Pigott, Jr., and Callahan, JJ.